B6F (Official Form 6F) (12/07)

In re **MELECIA DE RAMOS ISORENA**,
     Debtor

Case No. _____
         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3723 714299 72008<br>**AMERICA EXPRESS**<br>PO BOX 981537<br>EL PASO, TX 79998-1537 | | | 06/01/2009<br>**CREDIT CARD CHARGES** | | | X | 5,612.78 |
| ACCOUNT NO. 4313 5120 8328 6631<br>**BANK OF AMERICA**<br>PO BOX 53150<br>PHOENIX, AZ 85072-3150 | | | 06/17/2009<br>**CREDIT CARD CHARGES** | | | X | 1,253.24 |
| ACCOUNT NO. 4800 1340 2777 8472<br>**BANK OF AMERICA**<br>PO BOX 851001<br>DALLAS, TX 75285-1001 | | | 07/01/2008<br>**CREDIT CARD CHARGES** | | | X | 22,689.00 |
| ACCOUNT NO. 4559 5050 0032 4926<br>**CHASE**<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | | | 08/01/2009<br>**CREDIT CARD CHARGES** | | | X | 5,952.00 |
| ACCOUNT NO. 4621 2000 6711 4709<br>**CITI CARDS**<br>PO BOX 6401<br>THE LAKES, NV 88901-6401 | | | 05/18/2009<br>**CREDIT CARD CHARGES** | | | X | 3,887.00 |

<u>1</u>  Continuation sheets attached

Subtotal ▶ $ 39,394.02

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **MELECIA DE RAMOS ISORENA**                              Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5422 1720 0029 6323 **NAVY FEDERAL CREDIT UNION PO BOX 3500 MERRIFIELD, VA 22119-3500** | | | 06/12/2009 **CREDIT CARD CHARGES** | | | X | 4,489.73 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ 4,489.73

Total ► $ 43,883.75

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)